IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GILBERTO CARMONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CV 08377 |
| | ) | |
| T&L PRODUCE, INC. d/b/a | ) | Honorable Manish S. Shah |
| ROINS FOOD DISTRIBUTION, | ) | |
| BELLISSIMO DISTRIBUTION, | ) | Honorable Sunil R. Harjani, |
| LLC. D/B/A GRECO & | ) | Magistrate Judge |
| SONS and GEORGE TSEKOS, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this court's order on May 27, 2020, the parties submit their joint status report, and state as follows.

Status of Discovery

1) The parties exchanged relevant documents pursuant to settlement discussions, but the they have not issued any written discovery or scheduled any depositions.

2) The parties propose the following revised discovery schedule:

- Initial MIDP disclosures due June 22 2020.
- The parties will issue written discovery by July 13, 2020.
- Fact discovery to be completed by November 2, 2020.
- Dispositive motions due January 8, 2021.

Dated: June 2, 2020

Respectfully submitted,

*/ s Andrew S. Murphy*

1

27309694.1

Rachel L. Schaller
rschaller@taftlaw.com
Andrew S. Murphy
amurphy@taftlaw.com
Taft Stettinius & Hollister
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
 (312) 836-4145
*Counsel for Roins Food Distribution
and George Tsekos*


/ s Patrick J. Gorman (with consent)

Dennis R. Favaro
dfavaro@favarogorman.com
Patrick J. Gorman
pgorman@favarogorman.com
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
(847) 934-0060
*Counsel for Gilberto Carmona*

/s Kevin William Frey (with consent)

Kevin William Frey
kfrey@lanermuchin.com
Laner Muchin, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60654
(312) 467-9800
*Counsel for Bellisimo
Distribution, LLC. d/b/a Greco & Sons*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 2, 2020, he filed the foregoing *Joint Status Report* via the Court's CM/ECF system, which caused a copy of the same to be served upon all counsel of record via ECF.

By: /s/ Andrew S. Murphy