IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GILBERTO CARMONA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 19 CV 08377 |
| | ) | |
| **T&L PRODUCE, INC. d/b/a** | ) | **Honorable Manish S. Shah** |
| **ROINS FOOD DISTRIBUTION,** | ) | |
| **BELLISSIMO DISTRIBUTION,** | ) | **Honorable Sunil R. Harjani,** |
| **LLC. D/B/A GRECO &** | ) | **Magistrate Judge** |
| **SONS and GEORGE TSEKOS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE OF INITIAL MIDP DISCLOSURES

Please take notice that on the 30th day of June 2020, plaintiff caused to be served on defendants, Plaintiff's Mandatory Initial Disclosures Pursuant to the Mandatory Initial Discovery Pilot Program upon the following:

Kevin Frey
*kfrey@lanermuchin.com*
Laner Muchin, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60654

Rachel L. Schaller
*rschaller@taftlaw.com*
Taft Stettinius & Hollister LLP
Andrew Sean Murphy
*amurphy@taftlaw.com*
111 E. Wacker Drive
Suite 2800
Chicago, Illinois 60601

/ *Patrick J. Gorman*

Dennis R. Favaro
*dfavaro@favarogorman.com*
Patrick J. Gorman
*pgorman@favarogorman.com*
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
(847) 934-0060

## **CERTIFICATE OF SERVICE**

  I, Nicola Michel, hereby certify that on July 1, 2020, I served a copy of the foregoing Notice of Service of Initial MIDP Disclosures for filing and uploading to the CM/ECF System who will send such notification upon the following

Kevin Frey
*kfrey@lanermuchin.com*
Laner Muchin, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60654

Rachel L. Schaller
*rschaller@taftlaw.com*
Taft Stettinius & Hollister LLP
Andrew Sean Murphy
*amurphy@taftlaw.com*
111 E. Wacker Drive
Suite 2800
Chicago, Illinois 60601

_____
Nicola Michel

Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067