IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | |
|---|---|
| GILBERTO CARMONA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. No. 19 CV 08377 |
| | ) |
| T&L PRODUCE, INC. d/b/a | ) Honorable Manish S. Shah |
| ROINS FOOD DISTRIBUTION, | ) |
| BELLISSIMO DISTRIBUTION, | ) Honorable Sunil R. Harjani, |
| LLC. D/B/A GRECO & | ) Magistrate Judge |
| SONS and GEORGE TSEKOS, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

Plaintiff, Gilberto Carmona, and defendants, T&L Produce, Inc. d/b/a Roins Distribution, Bellissimo Distribution, LLC. d/b/a Greco & Sons, and George Tsekos, by and through their respective counsels, jointly stipulate to the dismissal of this action, with prejudice, each party having borne their own costs and expenses.

/ s Patrick J. Gorman
Dennis R. Favaro
dfavaro@favarogorman.com
Patrick J. Gorman
pgorman@favarogorman.com
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
(847) 934-0060

/s Kevin William Frey
Kevin William Frey
kfrey@lanermuchin.com
Laner Muchin, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60654
(312) 467-9800


/ s Rachel L. Schaller

Andrew Sean Murphy
amurphy@taftlaw.com
Rachel L. Schaller
rschaller@taftlaw.com
Taft Stettinius & Hollister
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 836-4145